UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60950-CIV-DIMITROULEAS

MANUEL GONZALEZ, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

RE FLORIDA HOMES, LLC, a Florida
company,

    Defendant.
_____/

## **FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment (the "Motion") [DE 9], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment is **GRANTED** as follows:

1. Final Judgment is entered in favor of Plaintiff MANUEL GONZALEZ ("Plaintiff") and against Defendant, RE FLORIDA HOMES, LLC ("Defendant") in the total amount of $5,945, for which sum let execution issue forthwith.

2. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

3. The Clerk is directed to send a copy of this Order via U.S. mail to Defendant at the address below.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 2nd day of July, 2019.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

RE FLORIDA HOMES, LLC
2719 HOLLYWOOD BLVD, A-1395
HOLLYWOOD, FL 33020